IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

WILLIE ANTHONY JENNINGS,  )
  )
    Petitioner,  )
  )
vs  ) CIVIL ACTION NO.99-RRA-1818-S
  )
WARDEN HOLT, et al  )
  )
    Respondents.  )

FILED
01 MAY 30 PM 2: 52
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
MAY 3 0 2001

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed because it is barred by the statute of limitations. An appropriate order will be entered.

DONE, this 30th day of May, 2001.

_____
EDWIN L. NELSON,
UNITED STATES DISTRICT JUDGE

15